United States District Court
Southern District of Texas
FILED

AUG 29 2016

David J. Bradley, Clerk
Laredo Division

# DIANA SONG QUIROGA,
United States Magistrate Judge, Presiding

| | | | |
|---|---|---|---|
| Deputy Clerk | Cindy Dominguez- De Leon | Open | 9:07 AM |
| Court Reporter | Annabel Pottin (ERO) | | |
| Court Interpreter | Gregorio Ayala, used | Adjourn | 9:25 AM |
| U.S. Pretrial | Julio Tabaoda | | |
| U.S. Marshal | Deputy Bahser | | |
| U.S. Probation | Cristina Barrea | DATE | August 29, 2016 |

Southern District of TX/Laredo Division - Docket No. 5:16-mj-1175-4

| | | |
|---|---|---|
| United States of America | § | Sarah Ellison, AUSA |
| vs | § | |
| Cynthia Martinez, Defendant | § | Claudia Balli, appointed |

## Courtroom Minutes
### Initial Appearance

- ✔ Initial appearance on **Warrant on Arrest**. TN: Cynthia Amada Martinez
- ✔ Defendants first appearance. Dft. Advised of charges and rights.
- ✔ Defendant advised of charges.
  - ☐ Indictment
  - ☐ Violation of Pretrial Release
  - ☐ Violation of Supervised Release Term
  - ☐ Violation of Felony Probation
  - ☐ Violation of Misdemeanor Probation
  - ✔ Other: Complaint
- ✔ FINANCIAL AFFIDAVIT, executed and filed.
- ✔ Defendant requests appointed counsel.
- ✔ Private Attorney, appointed. Next on list: Claudia Balli . (not present in courtroom)
- ✔ No bond set.
- ✔ Preliminary Examination and Detention Hearings set for 9/1/16 at 10:00 AM in Courtroom 2B before US Magistrate Judge Diana Song Quiroga.
- ✔ Defendant **remanded** to the custody of U.S. Marshals.

/cd